**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**


CHRISTOPHER STONE                                                    PLAINTIFF


V.                              NO. 1:11CV00049 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                              DEFENDANT


**JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in

favor of Defendant, dismissing this case, with prejudice.

DATED this 14th day of June, 2012.


_____
UNITED STATES MAGISTRATE JUDGE