**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CHRISTOPHER STONE                                                                                    PLAINTIFF

V.                                        NO. 1:11CV00049 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 14th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE